## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

**MELANIE E. DAMIAN, as**              **Case No.:**_____
**Receiver for the Receivership**
**Estate of WE THE PEOPLE,**
**INC. OF THE UNITED STATES,**

                    **Plaintiff,**

          **v.**

**Orville E. Thompson, individually,**
**and Colorado Legacy Advisors, Inc.,**
**a Colorado corporation,**

                    **Defendants.**

_____/

### COMPLAINT

Plaintiff, Melanie E. Damian, in her capacity as the Court-appointed Receiver (the "Receiver" or "Plaintiff") of the Receivership Estate of We The People Inc. of The United States, (the "Receivership Estate"), files this Complaint alleging claims for unjust enrichment and restitution/money had and received against Orville E. Thompson and Colorado Legacy Advisors, Inc., (the "Defendants") and alleges as follows:

### THE PARTIES

1.      The Receiver was appointed by the United States District Court for the Southern District of Florida pursuant to the Court's Order Appointing Receiver, dated February 8, 2013 (the "Receivership Order"), in the action styled *Securities and Exchange Commission v. We The People, Inc. of The United States*, Case No. 13-14050-CIV-MARTINEZ (the "Receivership

Action"), pending in the United States District Court, Southern District of Florida (the "District Court" or "This Court").

2.      The Receiver was appointed over the Receivership Estate of We the People, Inc. of the United States ("WTP" or "Receivership Defendant") which is a Massachusetts corporation registered under Section 501(c)(3) of the Internal Revenue Code with its principal place of business in Tallahassee, Florida.

3.      In the Receivership Action, venue lies in the United States District Court, Southern District of Florida because certain acts and practices committed by WTP and its principals that are the subject of the Receivership Action occurred in the Southern District of Florida and certain investors in WTP reside in the Southern District of Florida.  Further, WTP consented to venue in This Court. [Receivership Action, ECF #1 at ¶6].

4.      Defendant Orville E. Thompson is and was a resident of Colorado at all material times.

5.      Defendant, Colorado Legacy Advisors, Inc. is a Colorado Corporation which has and had its principal place of business in Arapahoe County, Colorado at all material times.

6.      Defendants acted as "Marketing Advisors" for WTP and in this role received commissions from WTP in exchange for obtaining investors in investment products offered by WTP.

7.      The commissions that the Defendants received are the funds that are the subject of this action that WTP obtained fraudulently from investors and transferred to Defendants.  As such, WTP conferred a benefit on the Defendants for which the Defendants were unjustly enriched.

2

## JURISDICTION AND VENUE

8.      This Court has subject matter jurisdiction over the Receivership Action pursuant to Sections 20(b) and 22(a) of the Securities Act and Sections 21(d) and (e), and 27 of the Exchange Act. This action, which seeks to recover assets of the Receivership Estate, is related to the claims in the Receivership Action, over which This Court has original jurisdiction pursuant to Title 28, United States Code, Section 1331, in that this action forms "part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a). Therefore, This Court has subject matter jurisdiction over this action pursuant to the principles of ancillary or supplemental jurisdiction under Title 28, United States Code, Section 1367 and pursuant to Title 28, United States Code, Section 754.

9.      This Court has personal jurisdiction over the Defendant(s) pursuant to Title 28, United States Code, Sections 754 and 1692. The Receiver was appointed in this District; the instant Complaint is brought to accomplish the objectives of the Receivership Order and the assets of the Receivership Estate are located in multiple districts.  The Receiver has filed a copy of this Complaint and the Receivership Order in the United States District Court for the District of Colorado pursuant to 28 U.S.C. § 754.

10.     Venue is also proper in the Southern District of Florida pursuant to Title 28, United States Code, Sections 754 and 1692, because this action is brought to accomplish the objectives of the Receivership Order and is thus ancillary to the Court's exclusive jurisdiction over the Receivership Estate.

## PROCEDURAL BACKGROUND

11.     On February 4, 2013, the Securities and Exchange Commission ("SEC") filed a complaint (the "SEC Complaint") against WTP seeking an injunction and damages arising from WTP's Charitable Gift Annuity Investment Offerings which were in violation of the anti-fraud provisions and registration provisions of federal securities laws. [Receivership Action, ECF #1].

12.     Specifically, the SEC Complaint set forth claims against WTP for violations of the Securities Act of 1933 and the Securities Exchange Act of 1934 (including Rule 10b-5 promulgated thereunder) based on the Receivership Defendant's "false and misleading statements made in connection with the offer, sale, and purchase of securities," *i.e.,* the issuance of the Charitable Gift Annuity agreements. *Id*. at ¶3.  That same day, the SEC filed unopposed Motions for Judgment [Receivership Action, ECF # 3], and to Appoint a Receiver [Receivership Action, ECF # 4.].

13.     On February 8, 2013, the Court entered the *Judgment as to Defendant We the People, Inc. of the United States* and the Receivership Order, which required the Receiver to "assume and control the operations of the Receivership Defendant."  [Receivership Action, ECF #7 and ECF #6 at ¶4].   The Receiver has standing to bring this claim pursuant to the Receivership Order, which obligates the Receiver "to sue for and collect, recover, receive and take into possession from third parties all Receivership Property and records relevant thereto[.]" [*Id.* at ¶6.B.].

14.     The Receivership Order further provides that the Receiver is authorized, "to institute such actions and legal proceedings, for the benefit and on behalf of the Receivership Estate…[including] the disgorgement of profits, asset turnover, avoidance of fraudulent

transfers, rescission and restitution, collection of debts, and such other relief… as may be necessary to enforce the Receivership Order." *Id*. at ¶42.

15.     Based upon information obtained by the Receiver, Defendants received commissions from WTP for procuring Charitable Gift Annuities to which Defendants were not entitled causing the Defendants to be unjustly enriched.

## GENERAL ALLEGATIONS COMMON TO ALL COUNTS

16.     As a result of the SEC investigation into the operations of WTP, the SEC alleged in its Complaint filed in the Receivership Action that WTP "defrauded investors by making false and misleading statements in connection with the offer, sale, and purchase of securities" violating the anti-fraud provisions of federal securities laws and offered and sold securities in violation of the registration provisions of the federal securities laws. [Receivership Action, ECF #1 at ¶¶1-2].

17.     The SEC Complaint further alleged that WTP "raised over $75 million in assets from approximately 400 investors in over 30 states, almost all of whom are elderly" by enticing them to transfer stocks, annuities, real estate, or cash to WTP in exchange for an investment product that WTP called a "tax-deductible gift annuity" or "charitable gift annuity" ("CGA"). *Id.*

18.     WTP's marketing and promotional materials for the CGA offering contained misrepresentations and omissions of material fact including false statements regarding the value of the CGA that investors received in exchange for the assets transferred to WTP and omissions regarding the sizable commissions WTP paid to third-party promoters based on the sales of its products. *Id.* at ¶2.

19.     During the period WTP was issuing and exchanging securities, it claimed to operate as a non-profit organization.  However, rather than operate as a charity WTP operated for

the primary purpose of issuing CGAs.  WTP used the proceeds of the CGA offering to pay substantial sums to the principles of WTP, third-party promoters and consultants and misrepresented the amounts it donated to public charities. *Id* at ¶14.

20.     In furtherance of the fraud, WTP utilized third-party Marketing Advisors who signed agreements with WTP to procure CGAs from Investors.

21.     WTP provided the Marketing Advisors with marketing materials containing false and misleading statements regarding the CGA offerings, including flyers, letters, illustrations, and even videos, to use in soliciting the investments.

22.     WTP paid the Marketing Advisors significant commissions ranging from 7-10% of the cash value of the assets received by WTP in exchange for procuring the CGAs, less the cost to WTP of liquidating the assets. The amounts of the commissions paid to the Marketing Advisors ranged from approximately $550.00 to $409,000.000.

23.     The Marketing Advisors who held themselves out to investors as knowledgeable financial professionals, knew or should have known that they were not entitled to receive any commissions for procuring the CGAs because it is not in conformity with industry standards and moreover, a violation of federal law for WTP to pay commissions based on the value of CGAs.

24.     The Model Standards of Practice for the Charitable Gift Planner which were adopted by the National Committee on Planned Giving and the American Council on Gift Annuities provide that "commissions paid as a condition for delivery of a gift are inappropriate."

25.     Moreover, the Philanthropy Protection Act of 1995 prohibits the payment of commissions or remuneration to anyone based on the value of a charitable gift annuity given to a public charity.  Philanthropy Act § 4(b) codifies at 15 U.S.C. §78c(e)(2)).

26.     The Defendants in the instant action were Marketing Advisors for WTP who received commissions from WTP for procuring CGAs on WTP's behalf based on the value of the CGAs procured.

27.     Because the Defendants were prohibited by law from receiving commissions for procuring CGAs on behalf of WTP based on the value of the CGAs, the marketing agreement entered into by the Defendants with WTP (the "Marketing Advisor Agreement") which entitled the Defendants to receive commissions of 7% of the "Net Contribution"[1] to WTP was void.

28.     All conditions precedent to filing this Complaint have occurred, been satisfied and/or performed by the Plaintiff, or have been waived and/or otherwise been excused.

29.     This action is brought within the pertinent statutory limitations period.

30.     The Plaintiff has retained the undersigned law firm to represent her in this action and is obligated to pay them reasonable attorneys' fees and costs for their services.

## THE TRANSFERS

31.     WTP made transfers directly to the Defendants constituting payment of commissions (the "Transfers").

32.     The Transfers originated from one or more of the WTP bank accounts.

33.     The Transfers from WTP to the Defendants total $99,692.55 and are reflected in **Exhibits "B" and "C"** attached hereto[2] and incorporated, by reference, herein.

---

[1]The Net Contribution was defined as "the value of assets as received by WTP in a form that can be immediately converted to cash by WTP, less costs incurred by WTP in liquidating the Assets." *See* Marketing Advisor Agreement attached hereto as **Exhibit A**.

[2] Exhibit B is a summary of the Transfers.  Exhibit C includes copies of canceled checks and direct deposit receipts in relation to the transfers.

## COUNT I-UNJUST ENRICHMENT AGAINST DEFENDANTS

34.     Plaintiff repeats, re-alleges and incorporates by reference the allegations set forth in paragraphs 1-33 of this Complaint as if fully set forth herein.

35.     WTP conferred a benefit on Defendants when WTP transferred funds constituting property of WTP in the amount of $99,692.55 directly to the Defendants as payment for commissions.

36.     The Defendants had knowledge of the benefit being given to them by WTP and voluntarily accepted and retained the benefit conferred.

37.     In addition, the Defendants knew or should have known that they were not entitled to receive commissions for procuring a charitable gift annuity based on the value of a charitable gift annuity given to a public charity.

38.     It is inherently unfair and inequitable that the funds of other investors defrauded by the WTP's and its principals' fraudulent scheme and which the Defendants are not entitled to are retained and used to personally benefit the Defendants, rather than being returned to the Receivership Estate for the benefit of all of the defrauded investors.

39.     As a direct and proximate result of the Defendants' retention of the $99,692.55 that WTP unlawfully transferred to Defendants, the Receivership Estate has been diminished, and, under the circumstances, equity dictates that the Defendants return the funds that were received from WTP, and any assets acquired with those funds, to the Receiver for the benefit of all of the defrauded investors.

**WHEREFORE**, the Plaintiff respectfully requests the Court enter a Judgment:

a.      Declaring the Defendants unjustly enriched by virtue of receipt of the Transfers;

8

      b.      Requiring the Defendants to pay the Transfers to the Receiver; and, if necessary, imposing a constructive trust and/or equitable lien on the funds or other assets traceable to such transfers; and

      c.      Awarding the Plaintiff damages, costs, and interest; and

      d.      Granting such other and further relief as may be just and proper.

## COUNT II– RESTITUTION/MONEY HAD AND RECEIVED AGAINST DEFENDANTS

40.      Plaintiff repeats and re-alleges and incorporates by reference the allegations set forth in paragraphs 1 through 33 of this Complaint as if fully set forth herein.

41.      WTP conferred a benefit on the Defendants when it transferred funds constituting property of WTP in the amount of $99,692.55 directly to the Defendants as payment for commissions.

42.      The Defendants received the benefit of the funds given to them by WTP and voluntarily accepted and retained the benefit conferred to which Defendants were not entitled.

43.      Equity and good conscience dictates that the Defendants should return and repay the funds received and any assets they may have acquired with those funds, to the Receiver for the benefit of all of the defrauded investors.

**WHEREFORE**, the Plaintiff respectfully requests the Court enter a Judgment:

      a.      Ordering the Defendants to make restitution to the Receivership Estate;

      b.      Requiring the Defendants to pay the Transfers to the Receiver; and, if necessary, imposing a constructive trust and/or equitable lien on the funds or other assets traceable to such transfers; and

      c.      Awarding the Plaintiff damages, costs, and interest; and

      d.      Granting such other and further relief as may be just and prop

Respectfully submitted this 17th day of December, 2013.

By: */s/ Kenneth Dante Murena*
    KENNETH DANTE MURENA, P.A.
    Florida Bar No. 147486
    Email:  kmurena@dvllp.com
    SARA PARIS, ESQ.
    Florida Bar No. 0055024
    Email:  sparis@dvllp.com
    DAMIAN & VALORI LLP
    *Counsel for the Receiver*
    1000 Brickell Avenue, Suite 1020
    Miami, Florida 33131
    T: 305-371-3960, F: 305-371-3965

Jul 15 10 12:41p          Tommy Thompson                    720-733-0903                         p.1

# We The People, Inc. of the United States
## Tax-Deductible Planned Giving Compliance Agreement
## Marketing Advisor

This Agreement is made and entered into this _15 TH_ day of _JULY_ , 20_10_ , by and between We The People, Inc. of the United States (referred herein as "WTP"), with its principal place of business located at 2636 Mitcham Drive, Tallahassee, Florida 32308 and _COLORADO LEGACY ADVISORS, INC._ (referred herein as "Advisor") with its principal place of business located at _1854 BELGIAN TRAIL, ELIZABETH, Co., 80103_ .

Whereas, WTP appoints Advisor, and Advisor hereby accepts such appointment, to assist WTP in development through charitable transactions involving WTP's Tax-Deductible Gift Annuities (referred herein as "Annuities"), and for mutual promises and covenants set forth in this Agreement, Advisor and WTP agree to be bound by the following:

**COMPLIANCE:** Advisor is an independent agent/broker, and is not acting as an agent, subagent or broker of WTP. This Agreement or the relationship between the parties and their officers and employees is not intended and shall not be construed, to create a partnership, joint venture or employment relationship between WTP and Advisor. The furnishing of promotional materials including, but not limited to, brochures, applications, power point presentations, advertising or any other material by WTP to Advisor does not create or imply an agent relationship or binding authority between WTP and Advisor.

Advisor shall comply with applicable federal and state statutes and regulations relating to the subject matter hereof, use WTP forms published or available from WTP, and confirm that an Annuity transaction is permitted in a state before completing a transaction with a resident thereof.

**AUTHORITY:** Advisor shall not have authority to approve, or to bind, obligate or commit WTP in any manner. Advisor shall not create, alter or vary any materials including, but not limited to, contracts, brochures, applications, power point presentations, advertising or any other material without prior written approval of WTP.

**COMPENSATION:** In consideration of all the services to be performed by Advisor on behalf of WTP under the terms of this Agreement, WTP shall pay to Advisor a Compensation of 7% based on the "Net Contribution." The Net Contribution is the value of the Assets as received by WTP in a form that can be immediately converted to cash by WTP, less costs incurred by WTP in liquidating the Assets. WTP may charge back Compensation to you in the event of rescission or cancellation.

**TERMINATION OF AGREEMENT:** This Agreement may be terminated at any time by either party giving written notice to the other by certified mail, with notice being deemed to have been received if mailed to the affected party at the address shown in this agreement.

**GOVERNING LAWS:** This Agreement shall be governed by, construed, and enforced in accordance with the laws in the State of Florida.

**ENTIRE AGREEMENT:** This Agreement constitutes the entire Agreement between WTP and Advisor and supersedes and replaces any previous agreements between WTP and Advisor. No oral promises or representations shall be binding, nor shall this agreement be modified, except by agreement in writing and executed by WTP.

IN WITNESS WHEREOF, the parties have affixed their signatures below on the date indicated

_(signature)_
Signature of Advisor

_(signature)_
Bill Reeves, Esquire, VP & Regulatory Counsel

_COLORADO LEGACY ADVISORS, INC._
Compensation payable to

_27-3034201_
Social Security or EIN Number

EXHIBIT A

## SUMMARY OF TRANSFERS TO ORVILLE E. THOMPSON AND
## COLORADO LEGACY ADVISORS, INC.

| Transferor | Transferee | Check Date | Last Four Digits of Bank Account | Check Number | Amount |
|---|---|---|---|---|---|
| We the People, Inc. | Orville E. Thompson | 12/30/2009 | Wachovia Bank #0124 | 1447 | $8,353.49 |
| We the People, Inc. | Orville E. Thompson | 1/11/2010 | Wachovia Bank #0124 | ---- | $5,155.25 |
| We the People, Inc. | Orville E. Thompson | 1/22/2010 | Wachovia Bank #0124 | ---- | $7,835.56 |
| We the People, Inc. | Orville E. Thompson | 3/5/2010 | Wachovia Bank #0124 | 1504 | $4,889.33 |
| We the People, Inc. | Orville E. Thompson | 3/15/2010 | Wachovia Bank #0124 | 1511 | $3,263.53 |
| We the People, Inc. | Orville E. Thompson | 3/26/2010 | Wachovia Bank #0124 | ---- | $871.12 |
| We the People, Inc. | Orville E. Thompson | 4/9/2010 | Wachovia Bank #0124 | 1534 | $8,064.00 |
| We the People, Inc. | Orville E. Thompson | 4/15/2010 | Wachovia Bank #0124 | 1539 | $2,559.16 |
| We the People, Inc. | Orville E. Thompson | 6/16/2010 | Wachovia Bank #0124 | ---- | $1,899.49 |
| We the People, Inc. | Orville E. Thompson | 6/30/2010 | Wachovia Bank #0124 | ---- | $1,378.58 |
| We the People, Inc. | Orville E. Thompson | 7/8/2010 | Wachovia Bank #0124 | ---- | $1,373.10 |
| We the People, Inc. | Colorado Legacy Advisors, Inc. | 8/4/2010 | Wachovia Bank #0124 | ---- | $8,390.91 |
| We the People, Inc. | Colorado Legacy Advisors, Inc. | 9/27/2010 | Wachovia Bank #0124 | ---- | $4,764.80 |

EXHIBIT B

| | | | | | |
|---|---|---|---|---|---|
| **We the People, Inc.** | **Colorado Legacy Advisors, Inc.** | 10/4/2010 | Wachovia Bank #0124 | ---- | $3,474.04 |
| **We the People, Inc.** | **Colorado Legacy Advisors, Inc.** | 10/26/2010 | Wachovia Bank #0124 | ---- | $1,296.07 |
| **We the People, Inc.** | **Colorado Legacy Advisors, Inc.** | 10/26/2010 | Wachovia Bank #0124 | ---- | $8,261.01 |
| **We the People, Inc.** | **Colorado Legacy Advisors, Inc.** | 3/16/2011 | Wachovia Bank #0124 | 1970 | $3,537.34 |
| **We the People, Inc.** | **Colorado Legacy Advisors, Inc.** | 5/23/2011 | Wachovia Bank #0124 | ---- | $1,781.64 |
| **We the People, Inc.** | **Colorado Legacy Advisors, Inc.** | 7/6/2011 | Wachovia Bank #0124 | ---- | $1,313.27 |
| **We the People, Inc.** | **Colorado Legacy Advisors, Inc.** | 7/26/2011 | Wachovia Bank #0124 | ---- | $1,774.92 |
| **We the People, Inc.** | **Colorado Legacy Advisors, Inc.** | 11/14/2011 | Wachovia Bank #0124 | ---- | $15,969.26 |
| **We the People, Inc.** | **Colorado Legacy Advisors, Inc.** | 12/6/2011 | Wachovia Bank #0124 | ---- | $3,053.73 |
| **We the People, Inc.** | **Colorado Legacy Advisors, Inc.** | 2/1/2012 | Wachovia Bank #0124 | ---- | $432.95 |
| | | | | | **$99,692.55** |

| Grand Total | $99,692.55 |
|---|---|

We The People, Inc. of the United States
1535 Killearn Center Blvd., Suite A-6
Tallahassee, Florida 32309
850-907-0600

Wachovia
Wachovia Bank, N.A
wachovia.com
63-2/630

1447

12/30/09

PAY TO THE
ORDER OF _____ Orville E. Thompson

$ **8,353.49

_Eight Thousand Three Hundred Fifty-Three and 49/100*******************_ DOLLARS

Orville E. Thompson
1854 E. Belgian Trail
Elizabeth, CO 80107

MEMO

Lovern 20091170

Richard K Olive

AUTHORIZED SIGNATURE                    MP

⑈001447⑈ ⑇063000021⑇ 20000405201 24⑈

Orville E. Thompson

Lovern 20091170

12/30/09

1447

8,353.49

Wachovia Checking 2012   Lovern 20091170

8,353 .49

Orville E. Thompson

Lovern 20091170

12/30/09

1447

8,353.49

Wachovia Checking 2012   Lovern 20091170

8,353 .49

LMP12   M/P CHECK

EXHIBIT C

01/11/2010

Orville E. Thompson

**0.00
***NON-NEGOTIABLE***

****This is not a check. *****Advice of deposit only****

Orville E. Thompson
1854 E. Belgian Trail
Elizabeth CO  80107

20091189 Ramsbotham

**PAYER**
We The People, Inc. of the United States
1535 Killearn Center Blvd., Ste A-6
Tallahassee FL  32309

Pay Date:                        01/11/2010

**PAYEE**
Orville E. Thompson
1854 E. Belgian Trail
Elizabeth CO  80107

TOTAL PAY:                        $5,155.25
Acct#....4786:                    $5,155.25

**MEMO:**
20091189 Ramsbotham

| PAY | Current |
|---|---|
| Contractor Payments | 5155.25 |

| SUMMARY | Current |
|---|---|
| Total Pay | $5,155.25 |

| Total Pay | $5,155.25 |
|---|---|

01/22/2010

Orville E. Thompson

**0.00
***NON-NEGOTIABLE***

****This is not a check. *****Advice of deposit only****

Orville E. Thompson
1854 E. Belgian Trail
Elizabeth CO  80107

Wayts compensation

**PAYER**
We The People, Inc. of the United States
1535 Killearn Center Blvd., Ste A-6
Tallahassee FL  32309

Pay Date:                              01/22/2010

**PAYEE**
Orville E. Thompson
1854 E. Belgian Trail
Elizabeth CO  80107

**TOTAL PAY:**                         $7,835.56
Acct#....4786:                         $7,835.56

**MEMO:**
Wayts compensation

| PAY | Current |
|---|---|
| Contractor Payments | 7835.56 |

| SUMMARY | Current |
|---|---|
| Total Pay | $7,835.56 |

**Total Pay**              **$7,835.56**

**We The People, Inc. of the United States**
1535 Killearn Center Blvd., Suite A-6
Tallahassee, Florida 32309
850-907-0600

Wachovia
Wachovia Bank, N.A.
wachovia.com
63-2/630

1504

03/05/2010

PAY TO THE
ORDER OF _____ Orville E. Thompson

$ **4889.33

Four thousand eight hundred and eighty-nine  and 33/100 ••••••••••••••••••••••••••••••••••••••••••••

DOLLARS

Orville E. Thompson
1854 E. Belgian Trail
Elizabeth CO  80107

MEMO

Kibel 20101215

*Susan L. Alvi*
AUTHORIZED SIGNATURE

MP

⑈00150⑈⑈ ⑆0630000 2⑈⑆ 20000⑃052⑈2⑃⑈

1504

**PAYER**
We The People, Inc. of the United States
2636 Mitcham Drive
Tallahassee FL  32308

Pay Date:                    03/05/2010

**PAYEE**
Orville E. Thompson
1854 E. Belgian Trail
Elizabeth CO  80107

TOTAL PAY:                    $4,889.33

**MEMO:**
Kibel 20101215

1504

| PAY | Current |
|---|---|
| Contractor Payments | 4889.33 |

| SUMMARY | Current |
|---|---|
| Total Pay | $4,889.33 |

Total Pay              $4,889.33

LMP12    M/P CHECK

**We The People, Inc. of the United States**
1535 Killearn Center Blvd., Suite A-6
Tallahassee, Florida 32309
850-907-0600

Wachovia
Wachovia Bank, N.A.
wachovia.com
63-2/630

**1511**

03/15/2010

PAY TO THE
ORDER OF _____ Orville E. Thompson _____ $   **3263.53

Three thousand two hundred and sixty-three  and 53/100 ********************************************** **DOLLARS**

Orville E. Thompson
1854 E. Belgian Trail
Elizabeth CO  80107

MEMO

Newberry Comp

AUTHORIZED SIGNATURE

⑈0015⑈⑈ ⑈063000021⑈ 20000405201 24⑈

**1511**

**PAYER**
We The People, Inc. of the United States
2636 Mitcham Drive
Tallahassee FL  32308

Pay Date:                   03/15/2010

**PAYEE**
Orville E. Thompson
1854 E. Belgian Trail
Elizabeth CO  80107

**TOTAL PAY:**                   $3,263.53

**MEMO:**
Newberry Comp

**1511**

| PAY | Current |
|-----|---------|
| Contractor Payments | 3263.53 |

| SUMMARY | Current |
|---------|---------|
| Total Pay | $3,263.53 |

**Total Pay**          **$3,263.53**

LMP12      M/P CHECK

S1N311 38

03/26/2010

Orville E. Thompson

**0.00
***NON-NEGOTIABLE***

****This is not a check. *****Advice of deposit only****

Orville E. Thompson
1854 E. Belgian Trail
Elizabeth CO  80107

Newberry comp

**PAYER**
We The People, Inc. of the United States
2636 Mitcham Drive
Tallahassee FL  32308

Pay Date:                           03/26/2010

**PAYEE**
Orville E. Thompson
1854 E. Belgian Trail
Elizabeth CO  80107

TOTAL PAY:                          $871.12
Acct#....4786:                      $871.12

**MEMO:**
Newberry comp

| PAY | Current |
|-----|---------|
| Contractor Payments | 871.12 |

| SUMMARY | Current |
|---------|---------|
| Total Pay | $871.12 |

**Total Pay**          **$871.12**

**1534**

De The People, Inc. of the United States
535 Killearn Center Blvd., Suite A-6
Tallahassee, Florida 32309
350-907-0600

Wachovia
Wachovia Bank, N.A.
wachovia.com
63-2/630

04/09/2010

PAY TO THE
ORDER OF      Orville E. Thompson                                     $  **8064.00

Eight thousand and sixty-four  and 00/100 *************************************************   DOLLARS

Orville E. Thompson
1854 E. Belgian Trail
Elizabeth CO  80107

MEMO      McLimore Comp.

AUTHORIZED SIGNATURE

⑈001534⑈ ⑆063000021⑆ 200004052124⑈

---

**1534**

**PAYER**
We The People, Inc. of the United States
2636 Mitcham Drive
Tallahassee FL  32308

Pay Date:                04/09/2010

**PAYEE**
Orville E. Thompson
1854 E. Belgian Trail
Elizabeth CO  80107

TOTAL PAY:               $8,064.00

**MEMO:**
McLimore Comp.

**1534**

| PAY | Current |
|---|---|
| Contractor Payments | 8064.00 |

| SUMMARY | Current |
|---|---|
| Total Pay | $8,064.00 |

Total Pay      **$8,064.00**

**We The People, Inc. of the United States**
1535 Killearn Center Blvd., Suite A-6
Tallahassee, Florida 32309
850-907-0600

Wachovia
Wachovia Bank, N.A.
wachovia.com
63-2/630

**1539**

04/15/2010

PAY TO THE
ORDER OF    Orville E. Thompson

$    **2559.16

Two thousand five hundred and fifty-nine  and 16/100 ************************************************

DOLLARS

Orville E. Thompson
1854 E. Belgian Trail
Elizabeth CO  80107

MEMO

Newberry Comp

*AUTHORIZED SIGNATURE*

⑆001539⑆ ⑈063000021⑈ 200004052012 4⑈

1539

PAYER
We The People, Inc. of the United States
2636 Mitcham Drive
Tallahassee FL  32308

Pay Date:                    04/15/2010

PAYEE
Orville E. Thompson
1854 E. Belgian Trail
Elizabeth CO  80107

TOTAL PAY:                    $2,559.16

MEMO:
Newberry Comp

1539

| PAY | Current |
| --- | --- |
| Contractor Payments | 2559.16 |

| SUMMARY | Current |
| --- | --- |
| Total Pay | $2,559.16 |

**Total Pay**          **$2,559.16**

LMP12     M/P CHECK

ck# 1588

06/16/2010

Orville E. Thompson                                                                                    **1899.49

One thousand eight hundred and ninety-nine  and 49/100  ******************************************

Orville E. Thompson
1854 E. Belgian Trail
Elizabeth CO  80107

20101295 Romsbotham

**PAYER**
We The People, Inc. of the United States
2636 Mitcham Drive
Tallahassee FL  32308

Pay Date:                                   06/16/2010

**PAYEE**
Orville E. Thompson
1854 E. Belgian Trail
Elizabeth CO  80107

TOTAL PAY:                              $1,899.49

**MEMO:**
20101295 Romsbotham

| PAY | Current |
|---|---|
| Contractor Payments | 1899.49 |

| SUMMARY | Current |
|---|---|
| Total Pay | $1,899.49 |

**Total Pay**          **$1,899.49**

06/30/2010

Orville E. Thompson

\*\*0.00

\*\*\*NON-NEGOTIABLE\*\*\*

\*\*\*\*This is not a check. \*\*\*\*\*Advice of deposit only\*\*\*\*

Orville E. Thompson
1854 E. Belgian Trail
Elizabeth CO  80107

20101308 Harkema

**PAYER**
We The People, Inc. of the United States
2636 Mitcham Drive
Tallahassee FL  32308

Pay Date:                    06/30/2010

**PAYEE**
Orville E. Thompson
1854 E. Belgian Trail
Elizabeth CO  80107

**TOTAL PAY:**                    $1,378.58
Acct#....1391:                    $1,378.58

**MEMO:**
20101308 Harkema

| PAY | Current |
| --- | --- |
| Contractor Payments | 1378.58 |

| SUMMARY | Current |
| --- | --- |
| Total Pay | $1,378.58 |

**Total Pay**                    **$1,378.58**

07/08/2010

Orville E. Thompson

****This is not a check. *****Advice of deposit only****

**0.00
***NON-NEGOTIABLE***

Orville E. Thompson
1854 E. Belgian Trail
Elizabeth CO  80107

Zanetell 20101313

**PAYER**
We The People, Inc. of the United States
2636 Mitcham Drive
Tallahassee FL  32308

Pay Date: 07/08/2010

**PAYEE**
Orville E. Thompson
1854 E. Belgian Trail
Elizabeth CO  80107

**TOTAL PAY:**
Acct#....1391:                    $1,373.10
                                  $1,373.10

**MEMO:**
Zanetell 20101313

| PAY | Current |
|---|---|
| Contractor Payments | 1373.10 |

| SUMMARY | Current |
|---|---|
| Total Pay | $1,373.10 |

**Total Pay**        **$1,373.10**

08/04/2010

Colorado Legacy Advisors, Inc.

**0.00
***NON-NEGOTIABLE***

****This is not a check. *****Advice of deposit only****

Colorado Legacy Advisors, Inc.
1854 E. Belgian Trail
Elizabeth CO  80107-8430

20101341-42

**PAYER**
We The People, Inc. of the United States
2636 Mitcham Drive
Tallahassee FL  32308

Pay Date:                          08/04/2010

**PAYEE**
Colorado Legacy Advisors, Inc.
1854 E. Belgian Trail
Elizabeth CO  80107-8430

TOTAL PAY:                          $8,390.91
Acct#....0104:                      $8,390.91

**MEMO:**
20101341-42

| PAY | Current |
| --- | --- |
| Contractor Payments | 8390.91 |

| SUMMARY | Current |
| --- | --- |
| Total Pay | $8,390.91 |

**Total Pay**            **$8,390.91**

**We The People, Inc. of the United States**
1535 Killearn Center Blvd., Suite A-6
Tallahassee, Florida 32309
850-907-0600

Wachovia
Wachovia Bank, N.A.
wachovia.com
63-2/630

1674

09/27/2010

PAY TO THE
ORDER OF   Colorado Legacy Advisors, Inc.

$ **4764.80

Four thousand seven hundred and sixty-four and 80/100 ************************************************

DOLLARS

Colorado Legacy Advisors, Inc.
1854 E. Belgian Trail
Elizabeth CO 80107-8430

MEMO

*Susan L. Olive*
AUTHORIZED SIGNATURE

⑈001674⑈ ⑆063000021⑆ 20000405201 24⑈

1674

**PAYER**
We The People, Inc. of the United States
2636 Mitcham Drive
Tallahassee FL 32308

Pay Date:                09/27/2010

**PAYEE**
Colorado Legacy Advisors, Inc.
1854 E. Belgian Trail
Elizabeth CO 80107-8430

TOTAL PAY:                        $4,764.80

MEMO:

1674

| PAY | Current |
|---|---|
| Contractor Payments | 4764.80 |

| SUMMARY | Current |
|---|---|
| Total Pay | $4,764.80 |

**Total Pay**          **$4,764.80**

MP12    M/P CHECK

10/04/2010

Colorado Legacy Advisors, Inc.                                                    **0.00

                                                                              ***NON-NEGOTIABLE***

****This is not a check. *****Advice of deposit only****

Colorado Legacy Advisors, Inc.
1854 E. Belgian Trail
Elizabeth CO  80107-8430

Dent

**PAYER**
We The People, Inc. of the United States
2636 Mitcham Drive
Tallahassee FL  32308                              Pay Date:                10/04/2010

**PAYEE**
Colorado Legacy Advisors, Inc.
1854 E. Belgian Trail
Elizabeth CO  80107-8430

                                                   **TOTAL PAY:**                 $3,474.04
                                                   Acct#....0104:                 $3,474.04

**MEMO:**
Dent

| PAY | Current |
| --- | --- |
| Contractor Payments | 3474.04 |

| SUMMARY | Current |
| --- | --- |
| Total Pay | $3,474.04 |

**Total Pay**           **$3,474.04**

10/26/2010

Colorado Legacy Advisors, Inc.

**0.00

***NON-NEGOTIABLE***

****This is not a check. *****Advice of deposit only****

Colorado Legacy Advisors, Inc.
1854 E. Belgian Trail
Elizabeth CO  80107-8430

Bramlett

**PAYER**
We The People, Inc. of the United States
2636 Mitcham Drive
Tallahassee FL  32308

Pay Date:                              10/26/2010

**PAYEE**
Colorado Legacy Advisors, Inc.
1854 E. Belgian Trail
Elizabeth CO  80107-8430

TOTAL PAY:                             $1,296.07
Acct#....0104:                         $1,296.07

**MEMO:**
Bramlett

| PAY | Current |
| --- | --- |
| Contractor Payments | 1296.07 |

| SUMMARY | Current |
| --- | --- |
| Total Pay | $1,296.07 |

**Total Pay**          **$1,296.07**

10/26/2010

Colorado Legacy Advisors, Inc.

**0.00
***NON-NEGOTIABLE***

****This is not a check. *****Advice of deposit only****

Colorado Legacy Advisors, Inc.
1854 E. Belgian Trail
Elizabeth CO  80107-8430

Parrish

**PAYER**
We The People, Inc. of the United States
2636 Mitcham Drive
Tallahassee FL  32308

Pay Date:                          10/26/2010

**PAYEE**
Colorado Legacy Advisors, Inc.
1854 E. Belgian Trail
Elizabeth CO  80107-8430

**TOTAL PAY:**                        $8,261.01
Acct#....0104:                        $8,261.01

**MEMO:**
Parrish

| PAY | Current |
| --- | --- |
| Contractor Payments | 8261.01 |

| SUMMARY | Current |
| --- | --- |
| Total Pay | $8,261.01 |

**Total Pay**            **$8,261.01**

**We The People, Inc. of the United States**
2636 Mitcham Drive
Tallahassee, Florida 32308
850-907-0600

Wachovia Bank,
a division of Wells Fargo Bank, N.A.
83-2/630

1970

03/16/2011

PAY TO THE
ORDER OF    Colorado Legacy Advisors, Inc.                                                    $    **3537.34

Three thousand five hundred and thirty-seven  and 34/100 ********************************************************

DOLLARS

Colorado Legacy Advisors, Inc.
1854 E. Belgian Trail
Elizabeth CO  80107-8430

MEMO

Barker

⑆001970⑈ ⑆063000021⑈ 2000040520124⑈          AUTHORIZED SIGNATURE                    MP

WE THE PEOPLE INC. OF THE UNITED STATES

1970

**PAYER**
We The People, Inc. of the United States
2636 Mitcham Drive
Tallahassee FL  32308

Pay Date:                 03/16/2011

**PAYEE**
Colorado Legacy Advisors, Inc.
1854 E. Belgian Trail
Elizabeth CO  80107-8430

TOTAL PAY:                 $3,537.34

**MEMO:**
Barker

WE THE PEOPLE INC. OF THE UNITED STATES

1970

| PAY | Current |
|---|---|
| Contractor Payments | 3537.34 |

| SUMMARY | Current |
|---|---|
| Total Pay | $3,537.34 |

**Total Pay**              **$3,537.34**

LMP12    MP CHECK

51N0113920?

05/23/2011

Colorado Legacy Advisors, Inc.

\*\*0.00
\*\*\*NON-NEGOTIABLE\*\*\*

\*\*\*\*This is not a check. \*\*\*\*\*Advice of deposit only\*\*\*\*

Colorado Legacy Advisors, Inc.
1854 E. Belgian Trail
Elizabeth CO  80107-8430

Barker

**PAYER**
We The People, Inc. of the United States
2636 Mitcham Drive
Tallahassee FL  32308

Pay Date:                                05/23/2011

**PAYEE**
Colorado Legacy Advisors, Inc.
1854 E. Belgian Trail
Elizabeth CO  80107-8430

**TOTAL PAY:**                          $1,781.64
Acct#....2340:                          $1,781.64

**MEMO:**
Barker

| PAY | Current |
|---|---|
| Contractor Payments | 1781.64 |

| SUMMARY | Current |
|---|---|
| Total Pay | $1,781.64 |

**Total Pay**          **$1,781.64**

07/06/2011

Colorado Legacy Advisors, Inc.

**0.00
***NON-NEGOTIABLE***

****This is not a check. *****Advice of deposit only****

Colorado Legacy Advisors, Inc.
1854 E. Belgian Trail
Elizabeth CO  80107-8430

Wilson

**PAYER**
We The People, Inc. of the United States
2636 Mitcham Drive
Tallahassee FL  32308

Pay Date:                              07/06/2011

**PAYEE**
Colorado Legacy Advisors, Inc.
1854 E. Belgian Trail
Elizabeth CO  80107-8430

TOTAL PAY:                             $1,313.27
Acct#....2340:                         $1,313.27

**MEMO:**
Wilson

| PAY | Current |
|---|---|
| Contractor Payments | 1313.27 |

| SUMMARY | Current |
|---|---|
| Total Pay | $1,313.27 |

**Total Pay**                          **$1,313.27**

07/26/2011

Colorado Legacy Advisors, Inc.

**0.00
***NON-NEGOTIABLE***

****This is not a check. *****Advice of deposit only****

Colorado Legacy Advisors, Inc.
1854 E. Belgian Trail
Elizabeth CO  80107-8430

Barker 20112180

**PAYER**
We The People, Inc. of the United States
2636 Mitcham Drive
Tallahassee FL  32308

Pay Date:                              07/26/2011

**PAYEE**
Colorado Legacy Advisors, Inc.
1854 E. Belgian Trail
Elizabeth CO  80107-8430

TOTAL PAY:                          $1,774.92
Acct#....2340:                        $1,774.92

**MEMO:**
Barker 20112180

| PAY | Current |
|-----|---------|
| Contractor Payments | 1774.92 |

| SUMMARY | Current |
|---------|---------|
| Total Pay | $1,774.92 |

**Total Pay**          **$1,774.92**

11/14/2011

Colorado Legacy Advisors, Inc.

****This is not a check. *****Advice of deposit only****

Colorado Legacy Advisors, Inc.
1854 E. Belgian Trail
Elizabeth CO  80107-8430

Chapman 20112313

**0.00
***NON-NEGOTIABLE***

**PAYER**
We The People, Inc. of the United States
2636 Mitcham Drive
Tallahassee FL  32308

Pay Date:                              11/14/2011

**PAYEE**
Colorado Legacy Advisors, Inc.
1854 E. Belgian Trail
Elizabeth CO  80107-8430

TOTAL PAY:                             $15,969.26
Acct#....2340:                         $15,969.26

**MEMO:**
Chapman 20112313

| PAY | Current |
|-----|---------|
| Contractor Payments | 15969.26 |

| SUMMARY | Current |
|---------|---------|
| Total Pay | $15,969.26 |

**Total Pay**            **$15,969.26**

12/06/2011

Colorado Legacy Advisors, Inc.

\*\*0.00
\*\*\*NON–NEGOTIABLE\*\*\*

\*\*\*\*This is not a check. \*\*\*\*\*Advice of deposit only\*\*\*\*

Colorado Legacy Advisors, Inc.
1854 E. Belgian Trail
Elizabeth CO  80107-8430

Chapman 20112349

**PAYER**
We The People, Inc. of the United States
2636 Mitcham Drive
Tallahassee FL  32308

Pay Date:                                    12/06/2011

**PAYEE**
Colorado Legacy Advisors, Inc.
1854 E. Belgian Trail
Elizabeth CO  80107-8430

**TOTAL PAY:**                               $3,053.73
Acct#....2340:                               $3,053.73

**MEMO:**
Chapman 20112349

| PAY | Current |
| --- | --- |
| Contractor Payments | 3053.73 |

| SUMMARY | Current |
| --- | --- |
| Total Pay | $3,053.73 |

**Total Pay**          **$3,053.73**

02/01/2012

Colorado Legacy Advisors, Inc.

**0.00
***NON-NEGOTIABLE***

****This is not a check. *****Advice of deposit only****

Colorado Legacy Advisors, Inc.
1854 E. Belgian Trail
Elizabeth CO  80107-8430

Chapman 20122434

**PAYER**
We The People, Inc. of the United States
2636 Mitcham Drive
Tallahassee FL  32308

Pay Date:                            02/01/2012

**PAYEE**
Colorado Legacy Advisors, Inc.
1854 E. Belgian Trail
Elizabeth CO  80107-8430

**TOTAL PAY:**                   $432.95
Acct#....2340:                      $432.95

**MEMO:**
Chapman 20122434

| PAY | Current |
|---|---|
| Contractor Payments | 432.95 |

| SUMMARY | Current |
|---|---|
| Total Pay | $432.95 |

**Total Pay**          **$432.95**